IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS-CONTI,<br><br>    Plaintiff<br>v.<br><br>SERGEANT JOHN COZAD, et al.,<br><br>    Defendants. | No. C 02-0112 SBA (PR)<br><br>ORDER REFERRING CASE TO<br>FEDERAL PRO BONO PROJECT |

    The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff's case shall be referred to the Court's Federal Pro Bono Project in the manner set forth below:

    1.    The Clerk of the Court shall send copies of: (1) this Order; (2) the second amended complaint filed on August 8, 2002 (Docket no. 25); (3) the Order of Service (Docket no. 32); (4) the Order granting in part and denying in part Defendants' motion for summary judgment dated March 31, 2005 (Docket no. 88); (5) the Case Management Statement filed by Defendants (Docket no. 89); (6) a docket sheet; and (7) a memorandum outlining the facts and procedural posture of the action to the Federal Pro Bono Project volunteer at the address provided to the Clerk by the Court.

    2.    Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

    3.    All further proceedings will be stayed until two (2) weeks from the date an attorney is appointed to represent Plaintiff in this action.

    IT IS SO ORDERED.

DATED: 6/10/05                        s/Saundra Brown Armstrong
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge