UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM R. L. DE LUIS CONTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 02-0112 EDL (WDB)<br><br>ORDER DIRECTING DEFENDANT TO MAKE PLAINTIFF AVAILABLE BY TELEPHONE FOR SETTLEMENT CONFERENCE |

On Monday, February 27, 2006, at 2:00 p.m., the Court will conduct a settlement conference in this matter.

The Court ORDERS the California Department of Corrections to make plaintiff, Graham Roger-Lee De Luis Conti, inmate number T21195, available by telephone on February 27, 2006, from 2:00 p.m. until the conclusion of the settlement conference. Mr. De Luis Conti must be provided with the ability to have <u>confidential</u> discussions with his attorney and with the Court during the settlement conference.

IT IS SO ORDERED.

DATED: October 24, 2005                    /s/ Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　　　　Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: parties,
EDL, WDB

1