GARY M. LEPPER, #45498
WAKAKO T. URITANI, #223619
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)
E-mail: wuritani@lepper-harrington.com

Attorneys for defendants
Correctional Officer Nicol Dudley, Michele Hernandez, and
Deputy Sheriff Garet Baldwin

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS-CONTI, <br><br>Plaintiff, <br><br>v. <br><br>SERGEANT JOHN COZAD, et al., <br><br>Defendants. | Case No. C-02-0112 EDL <br><br>**STIPLUATION RE CLOSE OF DISCOVERY AND [PROPOSED] ORDER**; ORDER SCHEDULING FURTHER CMC <br><br>**Trial Date:** April 24, 2006 |

     WHEREAS the Court has ordered that fact discovery in this matter must be completed by January 13, 2006; and

     WHEREAS the parties have been diligently working on completing discovery by January 13, 2006, including the taking of four depositions by plaintiff and one deposition by defendants; and

     WHEREAS plaintiff had noticed and set depositions of two additional witnesses to be completed on or before January 13, 2006; and

     WHEREAS, owing to scheduling conflicts, these two remaining depositions cannot be completed by January 13, 2006.

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, that:

1. Plaintiff may have up to and including January 20, 2006 to complete the deposition of the two witnesses previously noticed but not yet taken; and

2. Motions to compel related to these two depositions may be filed on or before January 27, 2006.

DATED: January 15, 2006

S/_____
WAKAKO T. URITANI
Attorney for Defendants

///

DATED: January 16, 2006          Heller Ehrman, LLP
                                 333 Bush Street
                                 San Francisco, California 94104

S/_____
SHELDON H. JAFFE
Attorney for Plaintiff

## [~~Proposed~~] Order

Good cause appearing, the Stipulation re Close of Discovery and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

DATED: January 19, 2006

GRANTED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

The Court also hereby schedules a further case management conference on February 14, 2006 at 10:00 a.m. The parties shall file a joint case management conference statement no later than January 31, 2006.