IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS-CONTI, | No. C-02-00112 EDL |
| Plaintiff, | **ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO PRODUCE PLAINTIFF FOR TRIAL** |
| v. | |
| SERGEANT JOHN COZAD, et al., | **TRIAL DATE: APRIL 24, 2006** |
| Defendants. | |

Trial in this matter will commence at 8:30 a.m. on April 24, 2006, in Courtroom E, 15th Floor 450 Golden Gate Avenue, San Francisco, California.

The Court ORDERS the California Department of Corrections (the CDC) to produce plaintiff, Graham De-Luis-Conti, inmate number T21195, for trial in this matter at 8:00 a.m. on April 24, 2006. The Court further ORDERS the CDC to produce Mr. De-Luis-Conti on each successive day of trial until this matter is finally adjudicated. The Court also ORDERS that Mr. De-Luis-Conti be produced in non-prison clothing, and without shackles, handcuffs, or other visible restraints.

**IT IS SO ORDERED.**

Dated: March 8, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge