UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRAHAM ROGER-LEE DE-LUIS-CONTI,

Plaintiff,

v.

SERGEANT JOHN COZAD, et al.,

Defendants.

Case No. C-02-0112 EDL

**ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO MAKE PLAINTIFF AVAILABLE BY PHONE**

Trial Date: April 24, 2006

The Court ORDERS the California Department of Corrections and Rehabilitation (the "CDCR") to make plaintiff, Graham De-Luis-Conti, inmate number T21195, available by telephone on April 6, 2006 at 10:30 a.m. for a conference regarding possible resolution of this matter. Mr. De-Luis-Conti must be provided with the ability to have <u>confidential</u> discussions with his attorney.

DATED: March 31, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

Order To Make Plaintiff Available By Phone: Case No. C-02-0112 EDL