IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS-CONTI,<br><br>         Plaintiff,<br><br>   v.<br><br>SERGEANT JOHN COZAD, et al.,<br><br>         Defendants.<br>_____/ | No. C-02-00112 EDL<br><br>**ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO MAKE PLAINTIFF AVAILABLE BY PHONE**<br><br>**TRIAL DATE: APRIL 24, 2006** |

   The Court ORDERS the California Department of Corrections and Rehabilitation (the CDCR) to make plaintiff, Graham De-Luis-Conti, inmate number T21195, available by telephone on April 10, 2006 at 1:30 p.m. for a phone conference regarding possible resolution of this matter. Mr. De-Luis-Conti must be provided with the ability to have <u>confidential</u> discussions with his attorney.

**IT IS SO ORDERED.**

Dated: April 6, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge