IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRAHAM ROGER-LEE DE-LUIS-CONTI,                No. C-02-00112 EDL

    Plaintiff,

  v.

SERGEANT JOHN COZAD, et al.,

    Defendants.
_____/

**ORDER RESCINDING ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO PRODUCE PLAINTIFF FOR TRIAL**

The Court hereby RESCINDS its previous order, dated March 8, 2006, ordering the California Department of Corrections and Rehabilitation (the CDCR) to produce plaintiff, Graham De-Luis-Conti, inmate number T21195, for trial in this matter at 8:00 a.m. on April 24, 2006, and ORDERS that Mr. De-Luis-Conti not be produced in this Court absent further order of this Court.

**IT IS SO ORDERED.**

Dated: April 18, 2006

                          ELIZABETH D. LAPORTE
                          United States Magistrate Judge